84 F.3d 656w
 3 Wage & Hour Cas.2d (BNA) 488
 Richard M. BALGOWAN; Thomas M. Batz; Thomas Betten; Karl
L. Blum; Raymond A. Burroughs; Dennis Carlson; John I.
Corbo; Michael D. Cronin; Steffan Franklin; Herman J.
Krieg; Joseph J. Lagullo; Chester J. Lyszczek; Albert M.
Malatesta; Aram Mardekian; Ike Mardekian; William L.
Munczinski; Alan S. Nass; Thomas M. Norris; Malcolm J.
Palmer; John C. Powers; Francis F. Realini; Carl G.
Rebbeck; Stanley F. Ripish; Emil H. Roessler; Wayne A.
Rumsey; Richard F. Spoerl; Lawrence A. Sroka; John W.
Stults; Robert L. Swain; Dennis R. Symons; John B.
Taylor, Jr.; Charles A. Territo, Jr.; Peter W. Tomory;
Alfred T. Woodrow; Daniel Yacovino; Charles W. Young;
Richard Zolnowski, Appellants,
v.
STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION.
 No. 95-5276.
 United States Court of Appeals,
Third Circuit.
 Argued Jan. 22, 1996.
Decided May 16, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION